# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY WALTER GODINEZ OROZCO,<br><br>Petitioner,<br><br>v.<br><br>ACTING WARDEN of the Imperial Detention Center in Calexico, et al.,<br><br>Respondents. | No. 3:26-cv-02586-BTM-MMP<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** |

Pending before the Court is Jimmy Walter Godinez Orozco's petition for a writ of habeas corpus. Petitioner has been detained since March 5, 2026, and his immigration proceedings remain ongoing. Petitioner claims that he is entitled to a bond hearing under 8 U.S.C. § 1226. The Government concedes that Petitioner is entitled to a bond hearing under this Court's decision in *Amaya v. Noem*, No. 25cv2892-BTM-DEB, 2025 WL 3182998 (S.D. Cal. Nov. 13, 2025).

The Court incorporates and adopts the analysis in *Amaya*. For the reasons stated in *Amaya*, Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226.

The petition for a writ of habeas corpus is thus granted. Petitioner is not entitled to outright release since his detention would be lawful if he is a danger to the community or a flight risk. No later than May 22, 2026, the Government must provide Petitioner an individualized bond hearing before a fair, neutral, and open-minded immigration judge, where the Government bears the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight. If the IJ denies bond, the judge must make specific findings as to why Petitioner is a danger to the community or a flight risk. If Respondent or the IJ fail to comply with this order and the writ, Petitioner can apply to this Court for relief. The parties must provide a status report no later than May 26, 2026.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge

2